UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

Case No.: 08-803 (WJM)

UNITED STATES OF AMERICA v. AKEEM GIBSON
                                Defendant

PETITION FOR WRIT OF HABEAS CORPUS: Your petitioner shows that

1. **Akeem Gibson, DOB: 9-23-1977, SBI# 109015C, FBI #406275EB3**, is now confined in Hudson County Jail.

2. **Akeem Gibson, DOB: 9-23-1977, SBI# 109015C, FBI #406275EB3**, will be required at the United States District Court before the Honorable William J. Martini on Wednesday, November 19, 2008, at 11:00 a.m. for an Arraignment in the captioned case, in which he is a defendant and a Writ of Habeas Corpus should be issued for that purpose.

DATED: November 14, 2008

DOUGLAS HERRING
Assistant United States Attorney
Petitioner - (973)645-2891

---

ORDER FOR WRIT: Let the Writ Issue.

DATED: 11/17/08

HON. WILLIAM J. MARTINI
UNITED STATES DISTRICT JUDGE

WRIT OF HABEAS CORPUS:

The United States of America to the Warden of the Hudson County Jail.

We Command You that you have the body of **Akeem Gibson, DOB: 9-23-1977, SBI# 109015C, FBI #406275EB3** (by whatever name called or charged) now confined in Hudson County Jail brought to the United States District Court before the Honorable William J. Martini, Newark, New Jersey on Wednesday, November 19, 2008 at 11:00 p.m., for an Arraignment in the above-captioned matter. Immediately on completion of the proceedings, defendant will be returned to said place of confinement in safe and secure conduct.

WITNESS the Honorable William J. Martini
United States District Judge at Newark, N.J.

DATED: November 17, 2008

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _____
Deputy Clerk